UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

TICE, DENISE K.

03-41882
Chapter 7
HON. PHILLIP J. SHEFFERLY

Debtor(s).

## ORDER ALLOWING THE CLERK OF THE COURT TO RETURN ESTATE FUNDS, AND FOR THE TRUSTEE TO RE-DISTRIBUTE THOSE FUNDS PRO-RATA

This matter having come before the Court on the Trustee's Motion for the Return of Estate Funds Previously Sent to the Court as Unclaimed Dividends (the "Motion"), the Court having reviewed the pleading and being fully advised in the premises,

**NOW THEREFORE,**

**IT IS HEREBY ORDERED** that the Motion is granted;

**IT IS FURTHER ORDERED** that the Clerk of the Court shall issue a check in the amount of $1,460.92, payable to Kenneth A. Nathan, Trustee for the Estate of Denise K. Tice;

**IT IS FURTHER ORDERED** that Trustee Kenneth A. Nathan shall re-distribute the full amount returned ($1,460.92) to the unsecured creditors in the above captioned case.

Honorable Judge Phillip J. Shefferly

Dated: MAR 26 2007

Katherine B. Gullo, Clerk
U.S. Bankruptcy Court

By: _____
Deputy Clerk